IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala,
          Plaintiff,

          V.

U. S. Embassy Nigeria,
and Ambassador, Dept. of State.
Eleke Cresent, Victoria Island
          and
NIGERIAN Military Service,
Lagos, Island, Nigeria,
          and
British Consulate- General
New York, NY 10022
          and
Canada Consulate
Buffalo, NY
          and
U. S. Probation Offices, and
Martin P. Dulkin,
     District of Delaware,
          and
U. S. Attorney's office,
     Colm F. Connolly,

          Defendants.

Civil No. _____

0 8 - 3 1 5

```
FILED

MAY 28 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```
RD scanned
  No IFP

          CIVIL RIGHTS ACTION Sec. 1983. of Title 42

Comes Now, Gbeke M. Awala, moves the Court for a redress of egreggious and arbitray Conducts of the defendants above, accross the Ocean, In Nigeria, with the meeting minds of the U.S. Probation officers and Martin P. Dulkins, In violation of Title 42 U.S.C. Sec. 1983, 1985 and the Substentive Jurisdiction is claimed under the 5th, 8th and 14th Amendment, U.S. Constitution.

## PETITION FOR WAR AGAINST NIGERIA.

Plaintiff, Gbeke m. Awala, Contends that the defendants above, Kidnapped and abducted, known and unknown Family members, from London, New York and Canada, send them by Plane to Nigeria, Interviewd them with respect to my claims of Birth In the United States, then Surprized them by Cold Blood killing, Maimed and torture, Including Cruelty Inhumanly treated Contrary to the Common Usage of Persons or Just permission of Geneva Convention.

I Contend that my Son William Awala, and his Mother, were Kidnapped and abducted to Nigeria, with over 18 Canadians, Killed at Lagos Island, by those military men. In which the defendants U.S. Embassy, U.S. Probation officer, District of Delaware, Martin P. Dulkin, and U.S. Attorney Colm F. Connelly, provided those Nigerian Military Men, Confinement Lagos, material Support designated funds with the Intent to Kill all extended family members known as Awala, Ejechis and

-2-

Adelaja's, they Committed such crime in Peace Time, these U.S. officials with intent to kill all close friends of Plaintiff Awala, overseas, at First killed Nancy's family members in Canada, approximately 12 white people, In Quebec, French, call them on Telephone, gave "Sham" excuses meet them, and used sophisticated weaponry provided by the U.S. officials. Subsequently, killed over 25 persons in New York and across the United States, all in a manner retaliating against Gbeke M. Awala.

I Contend that the U.S. Embassy in Nigeria, provided and exported arms, munitions and military equipment without required validation or by approval of the Department of State, hired certain members of the Nigerian military, to control telephone Calls, to all persons known to Awala, gathered them in One large Premises, Interview them, with the presence of U.S. Probationary Aids, Committed First Degree Murder of over 300 people, Intentionally and knowingly to eradicate all these potential witnesses in favor of Gbeke Awala.

The extent of threat, also William Awala, born in Canada, April 13 2001, was kidnapped, and his mother Nancy Rivard, my adopted Mother Depo Awala, was kidnapped, all including over 250 people known to me and unknown, but children, babes and families belonging to them, without the approval of the President of the United States, 22 U.S.C. Sec. 2778, and President of Nigeria, Conducted potentially harmful unusual Conducts, Killed all persons on Streets known to Gbeke or Awala, American Citizens, over 75 people, with no Common Sense,

-3-

Used Military aircraft, helicopters, In voilation of the United Nations Interest, Conducted risk, Rapped and Sexually abused Yang boys, women and girls, Including adult, In the Lagos/Yaba military Barracks, as funded by the U.S. Embassy in Nigeria as Intended by U.S. Attorney's office, District of Delaware, Conl F. Connelly to promote the Alienage prosecution of Awala in the United States.

I Contend that I See the greater reason that warrant for Judicially Introduced doctrine of Implied Crimes or Constructive Conspiracies against Gbeke M. Awala, without any federal statutory authority, to which an approximately 300 people have been killed by the defendants, as if one Fundamentally and irreconcilably at war with presumption of Innocence - The Government Seeks to Sweep my Families, my Son William was killed, In all greater degree of threats, Murder-for-Hire, Thus, there are opportunities for greater oppression against Gbeke M. Awala, So all Comprehensive Indictments must be filed, Despite Certain elementary and essentials under Peace Time, 18 U.S.C § 2332d, 50 U.S.C. App. §§ 2401-2420; 50 U.S.C. § 421 Disclosure of personal Information to foreign Government and 18 U.S.C. Se. 793(d) willfully transmitting or Communicating tangible Information to foreign Government and other Conducts In part of these defendants, by providing material Support to Designated Foreign Terrorist organization.

I Contend these defendants Conducts illustrates a

-4-

characteristic of the long pervasive offense and it Constitutes a Serious threats to fairness in our administration of Justice.

## RELIEF SOUGHT.

WHEREAS, these defendants In and over Said Federal Republic of Nigeria, I declare an open War against Federal Republic of Nigeria. That the U.S. Department of state and Department of Defense, diploys Armies, naval officer and Airforce Commissuners, against Federal Republic of Nigeria; thereabout, declared Nigeria an enemy of the United states, Britain and Canada. I do hereby giving the body Condition of those already killed, they were Compeled to remove their Clothes, take off their Shoes, walking bare naked, Including Babes, Children and Yong or old, with their buttocks uncovered. The inhabitant of the Nigerian Government or Citizens, acted Shrewdly, they Failed to act properly to Save those people.

Americans White/Blacks are Captured, Canadians Captured, and British Citizens, all known or related to Awoh, are Captured, I am filed with pain, I was distressed and Cried all day when I heard of it, I will be dismayed when I see the bodies, Some of them Half dead, then Placed in the "Atan Cemetary" around the University Road, Like a Corpse trodden underfoot no burial, no Coffins, they would not Spare children born by my extended family and Moses Hime Avale, Grandmother, Great grand children, all killed, and Some drowned under Seas with Concrete, So the body may not "Flow" In lagos Island. Thus,

-5-

I want to be released Now and notwithstanding.

If the _war_ so long starts, under the U.S. Arm forces, I do hereby request, to be allowed a prompt release from Imprisonment, to be allowed to observe all Succour and assistance needful.

That the United States Army are to Take, Saize, Sink, or destroy any Ships Vessels, Good belonging to the Nigerian people, with the lading, And ensure that the Nigerian treasury are not Immediately Imbezelled, purloyneel or Concealed, or Conveyed away.

That, the Canadian and British Soldiers also take, Fight, Kill, Suppress and destroy their soldiers, Captains and the Inhabitants of the federal Republic of Nigeria by Virture of the powers and authority of the U.S. Congress or President, and additionally: A means to protect the loss of personal properties of the deceased family of approximately 300 In Canada, Britain, and America, Imparnal Socid properties Restricts and Reprimand people, with Warnings and United states Flags.' Prepare and post pass System all over Nigeria, In Lagos, Controled Movement, Shakedowns, Surveillance, emergenues, Hazadous Substances, — Food Services

— Counselling
— Medical Services
— Emergency treatments + Pharmacy.

Additionally, home shelters, and Over 500 Caskets or Coffins, Jump Suits, Razors, Soaps, Now please, Please.

Moreover, the U.S. Government "shall": as the language of Command Anderson v. Yung kau, 67 S. Ct. 428 (1947), Pravide Immediately in aid of War against

-6-

Nigeria, Military Aircraft, helicopters, artillery, shells missiles, rockets, bombs, vessels of war, explosives military and space electronics and certain firearms for Successful completion of this project.

That all Military Commission officer whether for Land or sea service, shall act according to the U.S. Constitution, and that Gbeke M. Awala, shall be nominated the President of the federal Republic of Nigeria, notwithstanding, that he may defend himself, all Nigerian Consulate overseas shall seize operation. Finally, on application for licence to Arm are herewith submitted.

Conclusion: I want my Sons body as well as many other Americans and British citizens and Canadians, be Searched and brought Into the United States, for Inspections, and burials in dignity. I want my adopted mother Dopo Awala body searched and brought In a Similar Manner ad honey.

### Compensation.

$14 Million, to Cover Certain expenses and Contigencies, In the transportation of there bodies while the war is ongoing and Simultaneous. Be Paid out of the U.S. Treasury. General Damages may be determined by the Court, a Just deduction of $7 Billion from Nigerian Treasury a Co-payment by U.S. Treasury.

-7-

Application to Proceed under Imminent danger of Physical Injury exception to three strikes under 28 U.S.C. § 1915.

I Saiah 38: 14
"Like a Crane or a Swallow, so I chattered. I mourned Like a dove; my eyes fail from looking upward, O Lord, I am oppressed and Undertake for me. In the bitterness of my Soul.

WHEREFORE, it is respectfully Submitted that an Injunction be issued promptly today and expeditiously, and grant all the above relief sought.

Submitted under 28 U.S.C. § 1746.

Dated: 5/17/08.

cc AUSA Delaware.
Colm. F. Connolly
Office of U.S. Attorney
1007 North Orange Street, #700
P.O. Box 2046
Wilmington, DE 19899-0000

Respectfully Submitted

Gbeke M. Awala
No. 82074-054
U.S. P. Canaan.
P.O. Box 300
Waymart, PA 18472

-8-

Gbeke M. Awala
No. 82074-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Legal mail.

SCRANTON PA 185

20 MAY 2008 PM 2 L

Hon. Sue L. Robinson
Chief Judge.
U.S. District Court
District of Delaware
844 N. King Street, Lockbox 31
Wilmington, DE 19801-3570