IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

Gbeke M. Awala,
   Plaintiff

v.

U.S. Embassy Nigeria, et al.
   Defendants.

CIV NO. 08-CV-315-JJF



FILED
JUL - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE of APPEAL

Comes Now, the Plaintiff, Gbeke M. Awala, appeals the Order of the District Judge, dated June 10, 2008, dismissing action under 28 U.S.C Sec 1915(a).

"extraordinary and compelling personal circumstances excused attorney's neglect, namely Serious Injuries to his Son while on Sea duty and hospitalization of both his wife and son during 40 days period for brief." See Matute v Procoast Navigation Ltd (1991, NJ) 928 F.2d 627; Villot v. Varner (2004 Pa) 373 F.3d 327.

In the Instant Case, an absurd order to pay $350, a disfavor between Lack of proportional measurement flowing under Judge

Joseph J. Farnon, Jr., whom had already been admonished of Celestial imminent danger of physical injury, for exception to three strikes bar.

Now, my Son, was not seriously injured, nor was my wife injured, in contrast, they were kidnapped and coldly killed, a classic "buffoon" Judge must adhere to objective grounds, my adopted Mother and all persons of over 5,000 persons, where alive as of July 3, 2008. Comes now, Ayala. oy-of KAJ — people starts getting killed by you all. Deuteronomy 5:17 "You shall not kill." See 1 Corinthians 15:38; But God gives it a body as He pleases, and to each seed its own body. Why places mine, under GENOCIDE, 18 U.S.C. Sec. 1091, the entire families are murdered at cold blooded, treated as animals, fish, birds, and terrestrial bodies.
Wherefore, this appeal must proceed. Under 28 U.S.C Sec 1291(a).

Submitted under 28 U.S.C. § 1746.

Dated 6/17/08

Respectfully Submitted

Gbeke M. Ayala
82014-054

**Other Orders/Judgments**
1:08-cv-00315-JJF Awala v. U.S. Embassy Nigeria et al
PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2008 at 3:23 PM EDT and filed on 6/10/2008
**Case Name:**           Awala v. U.S. Embassy Nigeria et al
**Case Number:**       1:08-cv-315
**Filer:**
**Document Number:** 3

**Docket Text:**
**MEMORANDUM ORDER denying leave to proceed in forma pauperis. Plaintff has filed at least 3 actions that were dismissed as frivolous, malicious, or for failure to state a claim, and plaintiff does not claim to be in imminent danger. Plaintiff has 30 days to reinstate this action by paying the $350.00 filing fee. Failure to submit filing fee shall result in dismissal. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 7/14/2008.. Signed by Judge Joseph J. Farnan, Jr. on 6/10/2008. (nms)**

**1:08-cv-315 Notice has been electronically mailed to:**

**1:08-cv-315 Notice has been delivered by other means to:**

Gbeke Awala
Reg# 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/10/2008] [FileNumber=580830-0]
[d7e5624ecc13151f478aef7026977dc550b36c5b7d8ef3779e2810b5442b2ee7d511
3992496915fd8422dcd565c3c224692f6074d8efb2524b635ac66913e124]]