UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2954

Gbeke Awala v. US Embassy Nigeria, et al

1-08-cv-00315

**O R D E R**

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Mr. Gbeke Michael Awala

Dated: August 19, 2008